UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NORTH CAROLINA RIGHT TO LIFE, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LARRY LEAKE, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )   Misc. Action No. 05-351 (RCL) |

## ORDER GRANTING ENLARGEMENT OF TIME TO FILE REPLY

This action is before the Court on an unopposed motion filed by The Pew Charitable Trusts to enlarge the time in which it must file its reply to Plaintiffs' Response to Motion to Quash Nonparty Subpoena. Finding good cause has been shown to grant such motion, and in light of the lack of opposition thereto, it is hereby

ORDERED that the Pew Charitable Trusts must file their reply to Plaintiffs' Response to Motion to Quash Nonparty Subpoena no later than September 30, 2005.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, September 22, 2005.