## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

North Carolina Right to Life, Inc., et al.,

                        Plaintiffs,

          v.

Larry Leake, et al.,

                       Defendants.

**UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME TO
FILE REPLY**

**Misc. No. 05-351(RCL)**

**Civil No:** 5:99-CV-798-BO(3) (E.D.N.C.)

## UNOPPOSED MOTION OF NON-PARTY THE PEW
## CHARITABLE TRUSTS TO ENLARGE TIME TO FILE REPLY,
## AND POINTS AND AUTHORITIES IN SUPPORT THEREOF

Movant, The Pew Charitable Trusts, through its counsel, White & Case LLP, and

pursuant to Fed. R. Civ. P. 6(b)(1) and Local Rule 7(m), respectfully moves this Court for an

order enlarging the time by which it must file its reply to Plaintiffs' Response to Motion to

Quash Nonparty Subpoena by four days, to September 30, 2005.

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, the Court may at its

discretion, for cause shown, order the period enlarged if the request is made prior to the

expiration of the original period prescribed. Plaintiffs' Response was mailed to counsel for The

Pew Charitable Trusts on September 16, 2005 (per their Certificate of Service), and arrived on

September 20, 2005. Pursuant to Local Rule 7(d) and Fed. R. Civ. P. 6(e), The Pew Charitable

Trusts' reply is due on September 26, 2005. Counsel for The Pew Charitable Trusts seek an

additional four days within which to file that reply. Good cause exists to enlarge the time

prescribed for filing the reply. The issues presented in this case are complex, involving core

First Amendment protections. For this reason, counsel for The Pew Charitable Trusts wish to

address the issues raised in Plaintiffs' Response with the care and attention that is appropriate.

RECEIVED

SEP 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Pursuant to Local Rule 7(m), undersigned counsel conferred with counsel for NCRL

Jeffrey P. Gallant, Esq. regarding this motion, and Mr. Gallant has informed undersigned counsel

that he does not oppose this motion.

For the foregoing reasons, movant The Pew Charitable Trusts respectfully requests that

the Court grant its motion to enlarge time to file its reply to Plaintiffs' Response to Motion to

Quash Nonparty Subpoena by four days, to September 30, 2005.


Dated: September 22nd, 2005.

                                        Respectfully submitted,



                                        George J. Terwilliger III (Bar # 956532)
                                        G. William Currier (Bar # 324160)
                                        Maria N. Lerner (Bar # 468879)
                                        WHITE & CASE LLP
                                        701 Thirteenth Street, NW
                                        Washington, DC  20005
                                        (202) 626-3600

## CERTIFICATE OF SERVICE

I certify that a copy of the Unopposed Motion Of Non-Party The Pew Charitable Trusts

To Enlarge Time to File Reply, And Points And Authorities Thereof was sent by first-class mail

and by fax on September 22, 2005, to:

James Bopp, Jr.
Jeffrey P. Gallant
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN  47807
Phone:  (812) 232-2434
Fax:  (812) 235-3685
Email:  jboppjr@aol.com
*ATTORNEY FOR PLAINTIFFS*

David W. New (D.C. Bar # 428046)
Attorney at Law
6701 Democracy Blvd.
Suite 300
Bethesda, MD  20817
Phone:  301-468-4905
*LOCAL COUNSEL FOR PLAINTIFFS*

Donald J. Simon (D.C. Bar No. 256388)
SONOSKY, CHAMBERS, SACHSE,
ENDRESON & PERRY, LLP
1425 K Street, N.W., Suite 600
Washington, D.C. 20005
Phone: (202) 682-0240
Fax: (202) 682-0249
*LOCAL COUNSEL FOR NON-PARTIES*
*DEMOCRACY 21 AND THE CAMPAIGN*
*LEGAL CENTER*

Roger M. Whitten (D.C. Bar # 163261)
Tori T. Kim
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, NY  10022
Phone:  212-230-8800
Fax:  212-230-8888
*ATTORNEYS FOR NON-PARTY*
*DEMOCRACY 21*

Trevor Potter (D.C. Bar No. 413778)
J. Gerald Hebert (D.C. Bar # 447676)
THE CAMPAIGN LEGAL CENTER
1640 Rhode Island Ave., N.W., Suite 650
Washington, D.C. 20036
Phone:  202-736-2200
Fax:  202-736-2222
*ATTORNEYS FOR NON-PARTY THE*
*CAMPAIGN LEGAL CENTER*

Susan K. Nichols
Alexander McC. Peters
Special Deputy Attorneys General
North Carolina Department of Justice
P.O. Box 629
Raleigh, North Carolina 27602
Phone: 919-716-6900
Fax: 919-716-6763
*ATTORNEYS FOR THE STATE OF NORTH*
*CAROLINA*

Maria N. Lerner

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| North Carolina Right To Life, Inc., et al.,<br>Plaintiffs<br><br>v.<br><br>Larry Leake, et al.,<br>Defendants. | **[PROPOSED] ORDER GRANTING<br>ENLARGEMENT OF TIME TO FILE<br>REPLY**<br><br>**Misc. No. 05-351 (RCL)**<br><br>**Civil No:** 5:99-CV-798-BO(3) (E.D.N.C.) |

## **[PROPOSED] ORDER GRANTING ENLARGEMENT OF TIME TO FILE REPLY**

This action is before the Court on an unopposed motion filed by The Pew Charitable Trusts to enlarge the time in which it must file its reply to Plaintiffs' Response to Motion to Quash Nonparty Subpoena. Finding good cause has been shown to grant such motion, and in light of the lack of opposition thereto, it is hereby

ORDERED that The Pew Charitable Trusts must file their reply to Plaintiffs' Response to Motion to Quash Nonparty Subpoena no later than September 30, 2005.

SO ORDERED this _____ day of September 2005.

_____
THE HONORABLE ROYCE C. LAMBERTH
United States District Judge

cc:

George J. Terwilliger III (Bar # 956532)
G. William Currier (Bar # 324160)
Maria N. Lerner (Bar # 468879)
John C. Wells (Bar #)
Matthew J. Everitt (Bar #)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC  20005
(202) 626-3600
FAX:  (202) 639-9355
*ATTORNEYS FOR NON-PARTY THE*
*PEW CHARITABLE TRUSTS*

James Bopp, Jr.
Jeffrey P. Gallant
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN  47807
Phone:  (812) 232-2434
Fax:  (812) 235-3685
Email:  jboppjr@aol.com
*ATTORNEY FOR PLAINTIFFS*

David W. New (D.C. Bar # 428046)
Attorney at Law
6701 Democracy Blvd.
Suite 300
Bethesda, MD  20817
Phone:  301-468-4905
*LOCAL COUNSEL FOR PLAINTIFFS*

Donald J. Simon (D.C. Bar No. 256388)
SONOSKY, CHAMBERS, SACHSE,
ENDRESON & PERRY, LLP
1425 K Street, N.W., Suite 600
Washington, D.C. 20005
Phone: (202) 682-0240
Fax: (202) 682-0249
*LOCAL COUNSEL FOR NON-PARTIES*
*DEMOCRACY 21 AND THE CAMPAIGN*
*LEGAL CENTER*

Roger M. Whitten (D.C. Bar # 163261)
Tori T. Kim
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, NY  10022
Phone:  212-230-8800
Fax:  212-230-8888
*ATTORNEYS FOR NON-PARTY*
*DEMOCRACY 21*

Trevor Potter (D.C. Bar No. 413778)
J. Gerald Hebert (D.C. Bar # 447676)
THE CAMPAIGN LEGAL CENTER
1640 Rhode Island Ave., N.W., Suite 650
Washington, D.C. 20036
Phone:  202-736-2200
Fax:  202-736-2222
*ATTORNEYS FOR NON-PARTY THE*
*CAMPAIGN LEGAL CENTER*

Susan K. Nichols
Alexander McC. Peters
Special Deputy Attorneys General
North Carolina Department of Justice
P.O. Box 629
Raleigh, North Carolina 27602
Phone:  919-716-6900
Fax:  919-716-6763
*ATTORNEYS FOR NORTH CAROLINA*